No. 12–70.  KRIKHELI ET UX. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–72.  BARRETT *v.* BELLEQUE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–73.  STOFFELS, ON BEHALF OF THE SBC TELEPHONE CONCESSION PLAN, ET AL. *v.* SBC COMMUNICATIONS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–75.  WALTNER ET UX. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 12–76.  EL PASO ENTERTAINMENT, INC., ET AL. *v.* CITY OF EL PASO, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 12–77.  DAMATO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–78.  BEY *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 12–85.  WAGENFEALD ET AL. *v.* GUSMAN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–87.  TERRANOVA, AS ADMINISTRATOR OF THE ESTATE OF TERRANOVA, ET AL. *v.* TORRES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–90.  POLAR STAR ALASKA HOUSING CORP. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–91.  VETA *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–92.  J. C. *v.* BUTLER COUNTY CHILDREN AND YOUTH SERVICES ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 12–93.  CHIEN *v.* SKYSTAR BIO PHARMACEUTICAL CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–94.  CHIEN *v.* SKYSTAR BIO PHARMACEUTICAL CO. ET AL.  C. A. 2d Cir.  Certiorari denied.